**Order entered January 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00921-CR

**NYLON DERAYSHUN HART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F15-33640-H**

## ORDER

The reporter's record was filed December 8, 2017. After reviewing the record, we note that the following five State's exhibits are missing: exhibit 26, Brandon Taylor Video Interview; exhibit 27, CD of Cell phone Records; exhibit 30, Nylon Hart Video Interview; exhibit 33, DVD YouTube Video; and exhibit 34, DVD YouTube Video. We **ORDER** court reporter Marissa Garza to file, within **FOURTEEN DAYS** of the date of this order, a supplemental reporter's record containing playable copies of the State's exhibits 26, 27, 30, 33, and 34.

/s/    ADA BROWN
           JUSTICE